No. 73–158.  St. Louis-San Francisco Railway Co. v. Duncan.  C. A. 8th Cir.  Certiorari denied.

No. 73–159.  Griffin et al. v. Pacific Maritime Assn. et al.  C. A. 9th Cir.  Certiorari denied.

No. 73–160.  Reeder, dba Nutrifoods Co. v. H & J Foods, Inc.  C. A. 9th Cir.  Certiorari denied.

No. 73–167.  Graff Vending Co. et al. v. Hampton, dba Hampton Vending Supply.  C. A. 5th Cir.  Certiorari denied.

No. 73–176.  Arthree, Inc., et al. v. Kaskel et al.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 73–189.  Smith v. Kentucky State Bar Assn.  Ct. App. Ky.  Certiorari denied.

No. 73–194.  Fuhrman, Administratrix, et al. v. United States Steel Corp. et al.  C. A. 6th Cir.  Certiorari denied.

No. 73–207.  Wahl et al. v. Vibranetics, Inc.  C. A. 6th Cir.  Certiorari denied.

No. 73–209.  Desmarais et al. v. Wachusett Regional School District et al.  Ct. App. Mass.  Certiorari denied.

No. 73–218.  Indiana War Memorials Commission v. Indiana Civil Liberties Union, Inc.  Sup. Ct. Ind.

860

Certiorari denied.

No. 73–223. S. E. NICHOLS SHILLINGTON CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 73–239. SMITH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 73–243. TRAP ROCK INDUSTRIES, INC. *v.* KOHL, COMMISSIONER OF TRANSPORTATION. Sup. Ct. N. J. Certiorari denied.

No. 73–246. MAKENS ET AL. *v.* FAIRFIELD PRODUCTS, INC. C. A. 8th Cir. Certiorari denied.

No. 73–281. BARON *v.* BARON. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–5001. MEDLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5003. BYRD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5006. JACOBS *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 73–5008. FRANCISCO *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 73–5010. McGRATH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5014. BIRCH *v.* VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.